UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMES A. CHANDLER                                CHAPTER 11
      DEBTOR                                            CASE NO. 18-10973

**AFFIDAVIT PURSUANT TO 11 U.S.C. 1116(1)(B)**

The undersigned, JAMES A. CHANDLER, hereinafter referred to as Debtor in the above styled Chapter 11 case, does hereby state under penalty of perjury, that he maintains no balance sheets, statement of operations, or cash flow statements.

_____
JAMES A. CHANDLER

**STATE OF MISSISSIPPI**
**COUNTY OF BOLIVAR**

Personally appeared before me, the undersigned authority in and for the aforesaid State and County, **JAMES A. CHANDLER,** who after being by me first duly sworn on oath states that the facts, matters and things set out in the foregoing *Affidavit Pursuant to 11 U.S.C. 1116 (1)(B)* are true and correct as therein stated.

SWORN TO AND SUBSCRIBED before me, this the 28th day of March, 2018.

(SEAL)                                 _____
                                       Notary Public

                                       Respectfully submitted,

                                       By: _____
                                       Jeffrey A. Levingston, MSB No. 1219
                                       Attorney for Debtor
                                       PO Box 1327
                                       Cleveland, MS  38732
                                       662-843-2791 (Telephone)
                                       662-843-2797 (Facsimile)
                                       jleving@bellsouth.net

## CERTIFICATE OF SERVICE

      I, the undersigned, Jeffrey A. Levingston, do hereby certify that I have served a true and correct copy of the above and foregoing *Affidavit Pursuant to 11U.S.C. 1116(1)(B)* by either United States mail, postage prepaid, or electronic transmission to the following:

Christopher J. Steiskal  
Trial Attorney, Office of US Trustee  
501 East Court Street, Suite 6-430  
Jackson, MS  39201  
christopher.j.steiskal@usdoj.gov

This the 28th day of March, 2018.

                                      Jeffrey A. Levingston